BEFORE THE FIRST DIVISION, MARCH 15, 1939

**No. 40828.**—Protests 931713–G, etc., of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J.   The exhibits consist of three ornamental liquor bottles contained in a metal carrier with a handle and a hinged bar across the top pressing on the stoppers of the bottles.   Also a set of one large and four small metal and glass trays.   There was testimony that these glass and whisky sets are used in the household.   The claim at 40 percent under paragraph 339 was sustained.   Abstract 27536 cited.

**No. 40829.**—Protest 802155–G of W. R. Zanes & Co. (Galveston).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of microscope sets the same as those passed upon in *United States* v. *Wolf* (C. A. D. 23).   The claim at 45 percent under paragraph 228 (b) was therefore sustained.

**No. 40830.**—Protest 946739–G of Montgomery Ward & Co. (Portland, Oreg.).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of microscope sets the same as those passed upon in *United States* v. *Wolf* (C. A. D. 23).   The claim at 45 percent under paragraph 228 (b) was therefore sustained.

**No. 40831.**—Protests 840353–G, etc., of Louis Wolf & Co., Inc. (Baltimore).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of microscope sets the same as those passed upon in *United States* v. *Wolf* (C. A. D. 23).   The claim at 45 percent under paragraph 228 (b) was therefore sustained.

**No. 40832.**—Protest 887308–G of S. Lisk & Bro. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of Abstract 39948 the siren horns in question were held dutiable at 45 percent under paragraph 397 as claimed.